**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re Zayra Lopez Gonzalez

Case No. 1:26-bk-10721

Debtor(s). /

CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 2 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: September 29, 2026

/s/ Evan Livingstone
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Capital One Auto Finance
Credit Bureau DISPUTE
Plano, TX 75025

Capital One Auto Finance
Capital
1 Auto Finance Attn Bankruptcy 7933 Pres
Plano, TX 75024-2302

Comenity Bank/Buckle
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Buckle
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218-2273

Courtyards East
PO Box 94046
Las Vegas, NV 89193-4046

Freedom Mortgage Corporation
11988 Exit 5 Pkwy Bldg
Fishers, IN 46037-7939

Freedom Mortgage Corporation
Attn: Bankruptcy
951 W Yamato Rd Ste 175
Boca Raton, FL 33431-4444

Nestor Solutions, LLC
214 5th St, Ste 205
Huntington Beach, CA 92648

Redwood Credit Union
3033 Cleveland Ave
Santa Rosa, CA 95403-2126

Redwood Credit Union
Attn: Bankruptcy
3033 Cleveland Ave
Santa Rosa, CA 95403-2126