Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
| --- | --- |
| Zayra Lopez Gonzalez | 26-10721-HLB13 |

# WITHDRAWAL OF Objection to Confirmation of Chapter 13 Plan

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Objection to Confirmation of Chapter 13 Plan for the above named Chapter 13 Case which was filed on October 05, 2026, same being court docket #18.

Date: October 22, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee