**Entered on Docket**
**October 26, 2026**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: October 26, 2026**

______________________________________
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ZAYRA LOPEZ GONZALEZ,<br><br>Debtor. | Case No. 26-10721<br><br>Chapter 13 |

**ORDER REGARDING CONFIRMATION HEARING**

This case is scheduled to come before the court on December 16, 2026, for a confirmation hearing. Notwithstanding 11 U.S.C. § 1324(a), the court **ORDERS** as follows:

**1.** The confirmation hearing is hereby ordered off calendar, subject to the Debtor confirming a plan no later than **April 21, 2027** (the "Confirmation Deadline").

**2.** If the Debtor does not comply with the Confirmation Deadline, and the court does not extend the Confirmation Deadline on a showing of good cause, the Standing Chapter 13 Trustee shall file a motion to dismiss, pursuant to 11 U.S.C. § 1307(c)(1).

**3.** If the Standing Chapter 13 Trustee can recommend confirmation prior to the Confirmation Deadline, they shall upload a confirmation order, which the court will enter without further notice or hearing.

**4.** If the Standing Chapter 13 Trustee objects to confirmation, the Debtor or Debtor's counsel shall promptly contact the Trustee's office to meet and confer regarding the objection. If a creditor or other interested party objects to confirmation, the objecting party's counsel shall reach out to the Office of the Standing Chapter 13 Trustee for assistance in resolving the objection. If the parties are unable to resolve the objection(s) after meeting and conferring in good faith, the objecting party or the Debtor may notice the objection for hearing pursuant to Rule 2002(b)(3) of the Federal Rules of Bankruptcy Procedure and B.L.R. 9014-1(c)(1).

**5.** To request an extension of the Confirmation Deadline, the requesting party shall file an ex parte application, along with a supporting declaration that explains why the court should extend the Confirmation Deadline and for how long. The requesting party must show good cause in support of the request. Upon filing such a request, the requesting party should upload an order, which will bring the request to the court's attention.

****END OF ORDER****

**Court Service List**